IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R. M., b/n/f ROBERICK & KIMBERLY MOSLEY, | § § § § § | |
| Plaintiff, | | |
| v. | § § | No. 3:20-cv-03503-N-BT |
| DESOTO INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 17, 2021. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 17th day of September, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1